Certiorari

Georgios Emanuel MANOURAKIS et al., Plaintiffs, v. IN-
DUSTRIAL COMMISSION OF UTAH and Utah Fuel
Company, Defendants.

No. 4381.   Decided May 11, 1926.   (246 P. 704)

*N. J. Cotro-Manes* and *C. E. Norton,* both of Salt Lake
City, for plaintiffs.

*Harvey H. Cluff,* Atty. Gen., and *J. Robert Robinson,* Asst.
Atty. Gen., for defendant Industrial Commission.

*Ferdinand Erickson,* of Salt Lake City, for defendant Fuel
Co.

CHERRY, J.

This is an application to review a proceeding of the In-
dustrial Commission of Utah. The commission denied plain-
tiff's application for compensation upon the ground that de-
pendency upon the deceased employee was not established.
This application presents the same questions that were pre-
sented in *Kavalinakis* v. *Ind. Comm.* (Utah) 246 p. 698, just
decided and not yet [officially] reported.

Upon the authority of that case, the decision of the In-
dustrial Commission in this case must be, and it accordingly
is, affirmed.

GIDEON, C. J., and THURMAN, FRICK, and STRAUP,
JJ., concur.

---

George Stav. STAVRIANOUDAKIS et al., Plaintiffs, v. IN-
DUSTRIAL COMMISSION OF UTAH and Utah
Fuel Company, Defendants.

No. 4382.   Decided May 11, 1926.   (246 P. 704)

*N. J. Cotro-Manes* and *C. E. Norton,* both of Salt Lake
City, for plaintiffs.

*Harvey H. Cluff,* Atty. Gen., and *J. Robert Robinson,* Asst. Atty. Gen., for defendant Industrial Commission.

*Ferdinand Erickson,* of Salt Lake City, for defendant Fuel Co.

CHERRY, J.

This is an application to review a proceeding of the Industrial Commission of Utah. The commission denied plaintiff's application for compensation upon the ground that dependency upon the deceased employee was not established. This application presents the same questions that were presented in *Kavalinakis* v. *Ind. Comm.* (Utah) 246 P. 698, just decided and not yet [officially] reported.

Upon the authority of that case, the decision of the Industrial Commission in this case must be, and it accordingly is, affirmed.

GIDEON, C. J., and THURMAN, FRICK, and STRAUP, JJ., concur.

---

Anna Andrew PERPINAKIS et al., Plaintiffs, v. INDUS-
TRIAL COMMISSION OF UTAH and Utah Fuel
Company, Defendants.

No. 4383.    Decided May 11, 1926.    (246 P. 704)

*N. J. Cotro-Manes* and *C. E. Norton,* both of Salt Lake City, for plaintiffs.

*Harvey H. Cluff,* Atty. Gen., and *J. Robert Robinson,* Asst. Atty. Gen., for defendant Industrial Commission.

*Ferdinand Erickson,* of Salt Lake City, for defendant Fuel Co.